No. 15,974.

BELLOKOSSY *v.* BELLOKOSSY.
(189 P. [2d] 716)

Decided February 2, 1948.

Per CURIAM.

Judgment affirmed en banc without written opinion.

Mr. H. GORDON HOWARD, for plaintiff in error.

Mr. JACKSON M. SEAWELL, for defendant in error.